2002 ND 54

**In the Matter of the PETITION TO CHANGE THE RESIDENT CHAMBERS FOR DISTRICT JUDGESHIP NO. 8, Northwest Judicial District, from Watford City to Minot.**

No. 20020048.

Supreme Court of North Dakota.

Aug. 5, 2002.

ORDER AMENDED.

PER CURIAM.

[¶ 16] Because of unanticipated problems in effecting the transfer of Judgeship No. 8 from Watford City to Minot, the original order in this matter, *Petition to Change Resident Chambers from Watford City Minot*, 2002 ND 54, 643 N.W.2d 1 (2002), is amended to provide that the transfer is effective January 1, 2003.

[¶ 17] VANDE WALLE, C.J., and KAPSNER, SANDSTROM and NEUMAN, JJ.

[¶ 18] The Honorable MARY MUEHLEN MARING, Justice, being unavoidably absent, did not participate.